COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 October 15, 2014
 No. 10-15-00325-CV
 JUPE FEEDS, INC.
 v.
 JOSE PINA
 
 
 From the 249[th] District Court
 Johnson County, Texas
 Trial Court No. C201300273
 
--------------------------------------------------------------------------------
JUDGMENT

 The Petition for Permissive Interlocutory Appeal has been considered by the Court. The petition is denied. Because the Court denied the petition, it does not have jurisdiction of the appeal, and therefore, it is the judgment of this Court that the appeal is dismissed. 
It is further ordered that Jose Pina is awarded judgment against Jupe Feeds, Inc. for Jose Pina's appellate costs that were paid, if any, by Jose Pina; and all unpaid appellate court cost, if any, is taxed against Jupe Feeds, Inc.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk